# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA D. WASHINGTON

NO. 2025 KW 0936

**OCTOBER 9, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 25-WFLN-013.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to include an Affidavit verifying the allegations of the petition with service information for the respondent judge. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A). Counsel failed to comply with the requirements of the Rules 4-4 and 4-5(C)(12) concerning requests for expedited consideration and the page numbering requirements of Rule 4-5(B). Counsel also failed to comply with Rules 4-5(C)(5) and (10), by failing to designate an assignment of error and include all the pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include a copy of the officer's body camera footage that was considered by the court at the hearing held on the motion to suppress evidence. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT